UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Thornberg,

     Petitioner,

v.                                           Civil No. 18-501 (JNE/DTS)
                                          ORDER

United States of America,

     Respondent.

Petitioner filed a petition under 28 U.S.C. § 2241. ECF No. 1. In a Report and Recommendation ("R&R") dated April 18, 2018, the Honorable David T. Schultz, United States Magistrate Judge, recommended that this action be dismissed without prejudice for lack of jurisdiction. ECF No. 4. Petitioner objected. ECF Nos. 5, 6, 10, 11. Based on a de novo review of the record, the Court adopts the R&R. *See* D. Minn. LR 72.2. Accordingly, IT IS ORDERED THAT:

1. This action [ECF No. 1] is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

2. Petitioner's motion for a response [ECF No. 3] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 5, 2018

                                                                  s/ Joan N. Ericksen
                                                                   JOAN N. ERICKSEN
                                                                   United States District Judge